```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, D.C. Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd. Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GERARDO MORALES-RUIZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-417 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERARDO MORALES-RUIZ, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on October 18, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.  In addition we are awaiting a pre-plea report in this case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 18, 2007, be continued until November 15, 2007.  In addition, the parties stipulate that the time period from October 18, 2007, to November 15, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

1

2   DATED:October 19, 2007

3
                    Respectfully submitted,
4
    McGREGOR W. SCOTT                    DANIEL BRODERICK
5   United States Attorney               Federal Defender

6

7    /s/Lexi Negin for Kyle Reardon          /s/ Lexi Negin
    KYLE REARDON                         LEXI NEGIN
8   Assistant U.S. Attorney              Assistant Federal Defender
    Attorney for United States           Attorney for Gerardo Morales-Ruiz
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>GERARDO MORALES-RUIZ,<br><br>                    Defendant. | CASE NO. CR-S-07-417 MCE<br><br>PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on October 19, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for October 18, 2007, be vacated and that the case be set for Thursday, November 15, 2007 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 19, 2007 stipulation, the time under the Speedy Trial Act is excluded from October 18, 2007, through November 15, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  October 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2