1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GERARDO MORALES-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00417-MCE |
| Plaintiff, | ) | |
| v. | ) ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| GERARDO MORALES-RUIZ, | ) ) | |
| Defendant. | ) | |

　　　This case is currently scheduled for a status hearing on November 15, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 15, 2007, be continued until December 6, 2007.  In addition, the parties stipulate that the time period from November 15, 2007, to December 6, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

　　　A proposed order is attached and lodged separately for the court's convenience.

1

1 | DATED: November 15, 2007

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Kyle Reardon | /s/ Lexi Negin |
| KYLE REARDON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Gerardo Morales-Ruiz |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO MORALES-RUIZ,<br><br>　　　　　Defendant. | CASE NO. 2:07-cr-00417-MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on November 15, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for November15, 2007, be vacated and that the case be set for Thursday, December 6, 2007 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 15, 2007 stipulation, the time under the Speedy Trial Act is excluded from November 15, 2007, through December 6, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: November 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2